**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN GONZALEZ VAZQUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | Case No.  5:25-cv-03551-JGB-RAO<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Martin Gonzalez Vazquez, represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against the Warden of Desert View Facility; Ernesto Santacruz, Field Office Director, U.S. Immigration and Customs Enforcement ("ICE"); Todd Lyons, Acting Director of Enforcement and Removal Operations, Adelanto Field Office, ICE; Kristi Noem, Secretary, U.S. Department of Homeland Security; and Pam Bondi, Attorney General of the United States on December 26, 2025.  Dkt. No. 1 ("Pet.").

The Petition states that Petitioner, a citizen of Mexico, was taken into ICE custody on October 21, 2025. Pet. ¶ 15.  Petitioner is currently detained at the Desert View Facility in Adelanto, California, pending removal proceedings.  *Id*. ¶¶ 15, 58; *see also id*. Exh. A.  On December 17, 2025, an immigration judge denied Petitioner

bond on the basis that the immigration court had no jurisdiction to grant bond pursuant to *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). *Id*. ¶ 57; *see also id*. Exh. B. Petitioner alleges that his continued detention violates the Immigration and Nationality Act ("INA") (Count One); the Administrative Procedure Act (Count Two); and his Fifth Amendment rights to substantive and procedural due process (Counts Three and Four, respectively). *Id*. ¶¶ 66-79. The Petition seeks relief in the form of, *inter alia*, an order declaring that Petitioner is being detained pursuant to 8 U.S.C. § 1226(a) and order a bond hearing be held within seven days of entry of the Court's order. *Id*. at 18.

Respondents filed their response on January 5, 2026 ("Response"). Dkt. No. 6. The Response states that Petitioner appears to be an eligible member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and accordingly, entitled to a bond hearing subject to the *Bautista* judgment and any applicable appellate proceedings. *Id*. at 2.

Accordingly, IT IS ORDERED that:

(1) The Petition is GRANTED as to Count One claiming a violation of the INA and DENIED as moot as to the remaining counts;

(2) Respondents are enjoined from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

(3) It is further ORDERED that the parties shall file a joint status report no later than ten (10) working days after the date of this Order confirming that Petitioner has received a bond hearing.

DATED: January 6, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE